AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Cinquan Cartledge<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-000112
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 7/13/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cinquan Cartledge                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

22 D.C. Code § 2801, 4502 (Robbery While Armed)


Date:     07/13/2026                                                 _____
                                                                                *Issuing officer's signature*

City and state:        Washington, D.C.                      Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/13/26, and the person was arrested on *(date)* 7/14/26 at *(city and state)* Washington DC. |
| Date: 7/14/26                                  _____<br>                                                          *Arresting officer's signature*<br><br>                                                          Gave Snay    DUSM<br>                                                          *Printed name and title* |